**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------- x

**GLENWOOD JOHNSTON, ET AL.,** on
behalf of themselves and similarly situated
employees,

                    *Plaintiffs*,            :    **Civil Action No. 2:17-1617 NBF**

                    **v.**                :    **Filed Electronically**

**TITAN LOGISTICS & RESOURCES,
LLC; TONY DIGIAMBERDINE; AND,
UNITED VISION LOGISTICS,**

                    *Defendants*.     :

------------------------------------------------- x

**Plaintiffs' Motion for Sanctions against Defendant United Vision Logistics**
**Regarding the UVL-Maintained Driver's Daily Logs**

AND NOW COME PLAINITFFS, by and through their undersigned counsel, and hereby file this Motion for Sanctions against Defendant United Vision Logistics Regarding the UVL-Maintained Driver's Daily Logs.

This motion relates to the spoliation of thousands of material records in this case by Defendant UVL—specifically, the spoliation of more than 3,000 UVL-maintained Driver's Daily Logs ("DDLs") and associated data for at least 50 named and opt-in Plaintiffs from July through November 2017, the critical time period when the bulk of the driving and non-payment of wages occurred.  As set forth in Plaintiffs' brief in support (filed herewith), discovery has confirmed, well beyond a preponderance of the evidence, UVL's spoliation of these records.

Accordingly, Plaintiffs move this Court to impose sanctions on Defendant UVL under (A) the Court's inherent authority to impose sanctions for spoliation, (B) Federal Rule of Civil Procedure 37(e), and (C) Federal Rule of Civil Procedure 37(c)(1).

In terms of the relief sought, as explained in Plaintiffs' accompanying brief in support, Plaintiffs respectfully ask this Court to impose remedial, punitive, and deterrent monetary

sanctions in the amount the Court believes appropriate, which Plaintiffs believe should be $652,500 or more to be apportioned equally among the Plaintiffs ($7,500 per plaintiff).  In addition, Plaintiffs respectfully ask the Court to impose sanctions for the amount of Plaintiffs' counsel's reasonable attorneys' fees and costs, accrued through the close of briefing on this Motion for Sanctions, for their time expended in the pursuit of the UVL-maintained DDLs, responding to inaccurate statements by UVL concerning the DDLs, and seeking relief from UVL's spoliation.

Finally, Plaintiffs respectfully request the Court consider additional sanctions in its discretion that take into account the even greater prejudice that would have occurred to Plaintiffs but for Plaintiffs' counsel's tireless efforts to ferret out the spoliation, in order to deter other litigants from considering or employing similar conduct in this jurisdiction.

A proposed order is attached.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Sanctions against Defendant United Vision Logistics Regarding the UVL-Maintained Driver's Daily Logs.  Plaintiffs also request that this issue not be sent to Special Master Soller.  A proposed Order is attached.

**Dated**:  January 28, 2021
      Pittsburgh, PA

Respectfully submitted,

s/ Joseph H. Chivers
Joseph H. Chivers
   jchivers@employmentrightsgroup.com
THE EMPLOYMENT RIGHTS GROUP LLC
First & Market Building
100 First Avenue, Suite 650
Pittsburgh, PA  15222
Tel.:  (412) 227-0763
Fax:  (412) 774-1994

Jeffrey W. Chivers
   jwc@chivers.com
Theodore I. Rostow
   tir@chivers.com
CHIVERS LLP
300 Cadman Plaza West
12th Floor
Brooklyn, New York 11201
Tel.:  (718) 210-9826/9827

*Counsel for Plaintiffs*
*and all others similarly situated*